IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

ROGER EUGENE GRESHAM            §

VS.                            §    CIVIL ACTION NO. 1:03cv1459

RAE TIDWELL, ET AL             §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Roger Eugene Gresham, proceeding *pro se*, brought the above-styled lawsuit against Rae Tidwell.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Plaintiff filed a motion seeking a default judgment.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motion.  The magistrate judge recommends the motion be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

judge is **ADOPTED.**   Plaintiff's motion for default judgment is

**DENIED.**

 So **ORDERED** and **SIGNED** this **4**  day of **June, 2005.**


_____
 Ron Clark, United States District Judge